## LEGRANDE v. FURNITURE CO.

No. 251 PC

Case below: 46 NC App 606

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980.

## LOGAN v. INSURANCE CO.

No. 260 PC

Case below: 46 NC App 629

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

## McFADDIN v. JOHNSON

No. 287 PC

Case below: 46 NC App 837

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980.

## MANAGEMENT, INC. v. DEVELOPMENT CO.

No. 292 PC

Case below: 46 NC App 707

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 16 September 1980. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 16 September 1980. Motion of plaintiff for correction of findings of fact, conclusions of law and order denied 16 September 1980.

## MAYBANK v. KRESGE CO.

No. 286 PC

No. 109 (Fall Term)

Case below: 46 NC App 687

Petition by defendant for discretionary review under G.S. 7A-31 allowed 15 August 1980.